IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATHAN LEE BARBER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-454-C |
| | ) | |
| JOHN WHETSEL, Oklahoma County Sheriff, and ARMOUR CORRECTIONAL HEALTH, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on July 7, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation of the Magistrate Judge is adopted and the civil rights complaint is dismissed. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g). A judgment shall enter accordingly.

IT IS SO ORDERED this 5th day of August, 2014.

ROBIN J. CAUTHRON
United States District Judge